# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 11-238-JST(MANx) | | Date | May 3, 2011 |
|---|---|---|---|---|
| Title | SHANNON KEARNEY-PEARSALL, etc. v. BAC HOME LOANS SERVICING LP, etc., et al. | | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|
| Ellen Matheson | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT STATUS REPORT**
**RETURNABLE: MAY 10, 2011, AT 5:00 P.M.**

The parties are HEREBY ORDERED to show cause in writing for their failure to file a joint status report regarding loan modification, as ordered by this Court on February 24, 2011 (doc #14). The parties are ordered to file a response to this Order to Show Cause no later than May 10, 2011, at 5:00 p.m. The filing of a joint status report shall be deemed a sufficient response.

:

Initials of Preparer   enm